# UNITED STATES DISTRICT COURT FOR THE
# DISTRICT OF PUERTO RICO

| | |
|---|---|
| **UNITED STATES OF AMERICA,**<br>Plaintiff,<br><br>v.<br><br>ANDREW SANTOS RIVERA<br><br>Defendant, | **INDICTMENT**<br><br>CRIMINAL NO. 25-487 (PAD)<br><br>VIOLATIONS:<br>18 U.S.C. § 2251(a) and (e);<br>18 U.S.C. § 2422(b); and<br>18 U.S.C. § 2252A(a)(2).<br><br>THREE COUNTS &<br>FORFEITURE ALLEGATION |

RECEIVED & FILED
CLERK'S OFFICE
NOV 20 2025
US DISTRICT COURT
SAN JUAN, PR

**THE GRAND JURY CHARGES:**

### COUNT ONE
### Production of Child Pornography
(Title 18, United States Code, Section 2251(a) and (e))

On or about October 1, 2024, in the District of Puerto Rico and within the jurisdiction of this court,

**ANDREW SANTOS RIVERA,**

did knowingly employ, use, persuade, induce, entice, and coerce a minor, that is a 10-year-old male minor, to engage in sexually explicit conduct for the purpose of producing any visual depiction of such conduct, and the visual depiction was produced and transmitted using materials that have been mailed, shipped, and transported in and affecting interstate and foreign commerce. All in violation of Title 18, United States Code, Sections 2251(a) and (e).

## COUNT TWO
### Coercion and Enticement of a Minor
(Title 18, United States Code, Section 2422(b))

From in or about September 2024 to in or about October 2024, in the District of Puerto Rico and within the jurisdiction of this court,

**ANDREW SANTOS RIVERA,**

the defendant herein, used a facility of interstate and foreign commerce, that is, a cellular phone and other electronic devices that were not manufactured in Puerto Rico, as well as internet instant messaging services, to knowingly persuade, induce, entice, and coerce an individual who had not attained the age of eighteen, that is, a 10 year old male minor, to engage in sexual activity for which any person can be charged with a criminal offense, which includes the production of child pornography as defined in Title 18, United States Code, Section 2256(8), for which the defendant could be charged with an offense under the laws of the United States of America and Puerto Rico. All in violation of Title 18, United States Code, Section 2422(b).

## COUNT THREE
### Receipt of Child Pornography
(Title 18, United States Code, Section 2252A(a)(2))

On or about October 1, 2024, in the District of Puerto Rico, and within the jurisdiction of this Court, the defendant,

**ANDREW SANTOS RIVERA,**

did knowingly receive child pornography, as defined in Title 18, United States Code, Section 2256(8), using any means and facility of interstate and foreign commerce and that

has been mailed, shipped and transported in or affecting interstate and foreign commerce, by any means, including by computer, that is: the defendant received images depicting a 10 year old male minor engaged in sexually explicit conduct via an instant messaging application using his cellular telephone and other electronic devices. All in violation of Title 18, United States Code, Section 2252A(a)(2).

## FORFEITURE ALLEGATION

The allegations of this Indictment are re-alleged as if fully set forth herein, for the purpose of alleging forfeiture, pursuant to Title 18, United States Code, Sections 2253, and 2428. If convicted of the offenses set forth above, **ANDREW SANTOS RIVERA,** the defendant herein, shall forfeit to the United States any and all materials or property used or intended to be used in the sex trafficking of children, coercion and enticement of a minor, possession, transportation, distribution, or production of child pornography, including but not limited to any cellular phone with corresponding SIM card used by the defendants. All pursuant to Title 18, United States Code, Sections 2253, and 2428.

W. STEPHEN MULDROW
United States Attorney

TRUE BILL,

_____
Foreperson
Date: 20 XI - 2025

_____
Jenifer Y. Hernández-Vega
Chief, Child Exploitation and Immigration Unit

_____
Daynelle Alvarez Lora
Assistant United States Attorney
Child Exploitation and Immigration Unit

3